**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dale Neidhardt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Midcontinent Communications Investors, LLC and TCI Midcontinent LLC, d/b/a "Midcontinent Communications," | ) ) ) | |
| | ) | Case No. 1:09-cv-078 |
| Defendants. | ) | |

_____

In the interim scheduling and discovery plan approved by the court on March 5, 2010, the parties agreed that a status conference should be scheduled once the court had ruled on plaintiff's pending motion for class certification. See Docket No. 8. On April 20, 2011, Judge Hovland issued an order denying Plaintiff's motion for class certification. See Docket No. 40.

Accordingly, the undersigned shall conduct a status conference with the parties on May 20, 2011, at 9:00 a.m. for the purpose of establishing a comprehensive plan for bringing the remainder of this litigation to a final disposition. The parties shall submit a proposed joint final scheduling and discovery plan in "WordPerfect" or in "Word" format to ndd_J-Miller@ndd.uscourts.gov at least two (2) days prior to the conference. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge